UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THEODORE F. JOHNSON,

                              Plaintiff,                          **ORDER**
                                                                  **09-CV-5435 (ARR) (RML)**

          - against -

WASHINGTON MUTUAL BANK F.A., WA MU
HOMES LOAN DEBT. COLLECTOR FL 5-7730;
JP MORGAN CHASE BANK, N.A., WA MU
AND CHASE LOAN NO. 5009147751; JOHN
KOELLING, Individually and as First Vice
President and LARRY THODE, Individually and
as Vice President,
                              Defendants.
------------------------------------------------------------X
**LEVY, United States Magistrate Judge:**

> The Honorable Allyne R. Ross, United States District Judge, has assigned this case to me

for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge

Robert M. Levy." Plaintiff is to provide a copy of this Order and the enclosed rules to

defendants along with the summons and complaint.

> The Court's records reflect that the complaint in this action was filed on December 11,

2009. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> > If a defendant is not served within 120 days after the complaint is
> > filed, the court – on motion or on its own after notice to the
> > plaintiff – must dismiss the action without prejudice against that
> > defendant or order that service be made within a specified time.
> > But if the plaintiff shows good cause for the failure, the court must
> > extend the time for service for an appropriate period.

> Accordingly, if service is not made upon the defendants by April 12, 2010, or plaintiff

fails to show good cause why such service has not been effected, it will be recommended that the

Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

/S/

ROBERT M. LEVY
United States Magistrate Judge

Dated: December 18, 2009
Brooklyn, New York

2